IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ali, Samir

Printed: 9/23/08

Case Number: 08 B 03603
Judge: Hollis, Pamela S
Filed: 2/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,200.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 1,800.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 8,150.00 | 0.00 |
| 4. | Capital One | Unsecured | 211.83 | 0.00 |
| 5. | Target National Bank | Unsecured | 41.43 | 0.00 |
| 6. | Capital One | Unsecured | 175.69 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 488.25 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 106.60 | 0.00 |
| 9. | Central Condos | Secured |  | No Claim Filed |
| 10. | Allied Interstate | Unsecured |  | No Claim Filed |
| 11. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 12. | Citibank | Unsecured |  | No Claim Filed |
| 13. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,973.80 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ali, Samir | Case Number:  08 B 03603 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  2/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

